# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

CHRISTOPHER KHAMI,

    Plaintiff,

v.

UNITED WHOLESALE MORTGAGE, a Division of UNITED WHOLESALE MORTGAGE, LLC; LOANCARE, a SERVICELINK COMPANY; and NEW RESIDENTIAL MORTGAGE LLC,

    Defendants.

Civil Action No. 2:22-cv-10761
Hon. Gershwin A. Drain

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer Z. Belveal of the law firm Foley & Lardner LLP as counsel for Defendant United Wholesale Mortgage in the above-captioned matter.

Dated: April 11, 2022

Respectfully submitted,

**FOLEY & LARDNER LLP**

/s/ Jennifer Z. Belveal
Jennifer Z. Belveal (P54740)
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
jbelveal@foley.com

4888-2487-5035.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 11, 2022, the foregoing document was served on counsel of record via operation of the Court's electronic filing system.

Dated: April 11, 2022	/s/ Jennifer Z. Belveal
	Jennifer Z. Belveal (P54740)
	Foley & Lardner LLP