# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

CHRISTOPHER KHAMI,

        Plaintiff,           Civil Action No. 2:22-cv-10761
                                      Hon. Gershwin A. Drain

v.

UNITED WHOLESALE MORTGAGE,
LLC (f/k/a United Shore Financial
Services, LLC); LOANCARE, LLC; and
NEW RESIDENTIAL MORTGAGE
LLC,

        Defendants.

---

## **STIPULATED ORDER DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, with the parties having stipulated to the dismissal of the above-referenced cause of action with prejudice and without costs, interest or attorney fees to any party, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED AND ADJUDGED**, that the above entitled cause of action is dismissed in its entirety with prejudice and without costs, interest or attorney fees to any party.

***THIS IS A FINAL ORDER AND CLOSES THE CASE***.

Dated: August 18, 2022                                s/Gershwin A. Drain_____
                                                                           Hon. Gershwin A. Drain

*I hereby stipulate to the entry of the above order and waive notice of entry of the same*

By: */s/ Christopher E. McNeely*
Christopher E. McNeely (P45664)
McNeely Law Group, P.C.
1700 W. Hamlin Rd., Suite 100
Rochester Hills, MI 48309
Telephone: (248) 601-4700
cmcneely@mcneelylawgroup.com

*Attorneys for Plaintiff*

By: */s/ Leah R. Imbrogno*
Jennifer Z. Belveal (P54740)
Leah R. Imbrogno (P79384)
Foley & Lardner LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
(313) 234-7100
jbelveal@foley.com
limbrogno@foley.com

*Attorneys for United Wholesale Mortgage, LLC*

*/s/ Mark D. Kundmueller*
Mark D. Kundmueller, Esq. (P66306)
Ethan G. Ostroff
TROUTMAN PEPPER
HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2200
Virginia Beach, Virginia 23462
Phone: (757) 687-7541
mark.kundmueller@troutman.com
ethan.ostroff@troutman.com

*Attorneys for LoanCare, LLC and New Residential Mortgage LLC*